## UNITED STATES v. COLBY & CO.

(Circuit Court of Appeals, Second Circuit. March 26, 1907.)

### No. 233 (3,967).

CUSTOMS DUTIES—CLASSIFICATION—NIGER OIL—SOAP STOCK.

Niger-seed oil, which, while used in soap making, can be used for other purposes, though without the proper qualities for such purposes, is within the provision in Tariff Act July 24, 1897, c. 11, § 2, Free List, par. 568. 30 Stat. 151 [U. S. Comp. St. 1901, p. 1684], for oils "commonly used in soap making, * * * fit only for such use."

Appeal from the Circuit Court of the United States for the Southern District of New York.

In the decision below the Circuit Court reversed a decision of the Board of United States General Appraisers (G. A. 5,954; T. D. 26,109), which had affirmed the assessment of duty by the collector of customs at the port of New York.

The opinion of Wheeler, District Judge, in the Circuit Court reads as follows:

This is an oil expressed from niger seed, and comes under paragraph 3 of the act of 1897 (Act July 24, 1897, c. 11, § 1, Schedule A, 30 Stat. 151 [U. S. Comp. St. 1901, p. 1627]), where it was assessed, unless it is "commonly used in soap making" and is "fit only for such use," under paragraph 568, § 2, Free List, 30 Stat. 198 [U. S. Comp. St. 1901, p. 1684]. The Board found that it was scarcely known in this country, and failed to find that it was commonly used in soap making, and found that it is fit for other uses, apparently as a lubricant, an illuminant, and an adulterant of other oils, and affirmed the assessment. The evidence taken in this court shows that it is commonly used in soap making in this country, and that it can be used for these other purposes. But that is not the true test. The question is whether it is fit for other uses, and it does not appear to be. It would have to be refined for an adulterant, is too sticky for a lubricant, and too gummy for an illuminant.

Decision reversed.

D. Frank Lloyd, Asst. U. S. Atty.

Comstock & Washburn (Albert H. Washburn, of counsel), for importers.

Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decision affirmed, upon opinion of the Circuit Court.